# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERON HOLMES, an individual; | Case No.: 8:16-CV-00867-JLS-JCG |
| Plaintiff, | **ORDER TO DISMISS ACTION WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41** |
| v. | |
| ~~COUNTY OF ORANGE, a public entity; ORANGE COUNTY SHERIFF's DEPARTMENT, a public entity;~~ DEPUTY WESLEY DEAN, an individual; DEPUTY ANTHONY FRANCO, an individual; DEPUTY AMANDA KETRING, an individual; DEPUTY MARCO MUNGUIA, an individual; ~~DEPUTY ALEX NGUYEN, an individual;~~ DEPUTY DAVID YANNIZZI, an individual; ~~SERGEANT DARIN GUY, an individual; SERGEANT J. BOGOSIAN, an individual; and DOES 9-10, inclusive~~, | |
| Defendants. | |

1

# ORDER

**IT IS HEREBY ORDERED** that pursuant to the Stipulation of the parties and Federal Rule of Civil Procedure 41, subdivision (a)(2), that the above-entitled matter shall be dismissed in its entirety with prejudice pursuant to the Stipulation of the parties, as to all past and current Defendants, as well as Defendants' past, present, and future officers, supervisors, directors, attorneys, agents, subordinates, predecessors, and successors in interest and assigns, and all other persons, firms, or corporations with whom any of the former have been, are now, or may hereafter be affiliated.

**IT IS FURTHER ORDERED** that the parties waive all rights to appeal any ruling in this matter.

**IT IS FURTHER ORDERED** that each party will bear its own costs, and that each party has waived all present and future claims for attorneys' fees, sanctions, or costs arising out of this action.

**IT IS FURTHER ORDERED** that the Court shall retain jurisdiction over this action for the sole purpose of enforcing, if necessary, the terms of the Settlement Agreement and Release entered into between the parties.

**IT IS SO ORDERED.**

Date: March 13, 2018

_____
The Honorable Josephine L. Staton
United States District Court Judge